# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149502(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 149502
COA: 314375
Leelanau CC: 12-001777-FH

JOSEPH WILLIAM MILLER,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief on appeal is GRANTED. The brief submitted on February 4, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015


Clerk